

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2020

No. 04-20-00220-CR

Rickey Donnell **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7034
Steve Hilbig, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time in which to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due on or before September 23, 2020. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court